IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Case No. 2:22-CR-0002 – JRG-RSP |
| BRADLEY KYLE MCGEE | § | |

## ORDER

By this Order issued to the prosecution and defense counsel, the Court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.

This written Order is entered under Rule 5(f)(1) of the Federal Rules of Criminal Procedure and is in addition to the oral order entered by the Court on the first scheduled court date when both the prosecutor and defense counsel were present.

SIGNED this 1st day of August, 2023.

_____
Roy Payne
U.S. MAGISTRATE JUDGE