IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 2:22-CR-02 |
| BRADLEY KYLE MCGEE | § | |

## DECLARATION OF PUBLICATION

Pursuant to the Court's Preliminary Order of Forfeiture entered on January 25, 2024, Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 2, 2024, and ending on March 2, 2024, as required by 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ Lucas Machicek*
LUCAS MACHICEK
Assistant United States Attorney
Texas Bar No. 24064230
110 N. College, Ste. 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Lucas.Machicek@usdoj.gov

**Declaration of Publication - Page 1**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument has been served on counsel of record for the defendant via the Court's CM/ECF filing system on June 6, 2024.

*/s/ Lucas Machicek*
LUCAS MACHICEK
