my name is Bradley McGee I am Requesting a Docket sheet and a Judgement and Commitment and a Statement of Reasons please and thank you

Please Send to

Bradley McGee
#70819-510
Federal Correctional Institution
P.O Box 6000
Florence, CO 81226