

Bradley McGee #70819-510
Federal Correctional Institute
P.O. Box 6000
Florence, Colorado 81226

DENVER CO 802
10 DEC 2024 PM 3 L

Attn: District Clerk
Sam B. Hall Jr. Federal building
and Courthouse
100 E. Houston Street
Marshall, Texas 75670