Bradley Mcgee #70819-510
Federal Correctional Institute
P.O. 6000
Florence, Co 81226

DENVER CO 802
21 FEB 2025 PM 2 L

Clerk of Courts
United States Courthouse
William M. Steger Federal Building
211 West Ferguson Street Room 10
Tyler, TX

75702-7208